No. 00–663. GOLDIN INDUSTRIES, INC., ET AL. *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 00–664. ESTATE OF HENDERSON ET AL. *v.* CITY OF PHILADELPHIA ET AL. C. A. 3d Cir. Certiorari denied. 

No. 00–667. GOAD *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied. 

No. 00–673. SANDERS ET VIR *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. 

No. 00–682. WALKER *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. 

No. 00–685. LIDDANE ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 3d Cir. Certiorari denied. 

No. 00–690. MCCLATCHEY *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. 

No. 00–5048. ABRAMS *v.* GAMMON, SUPERINTENDENT, MOBERLY CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 00–5115. REID *v.* UNITED STATES. Ct. App. D. C. Certiorari denied. 

No. 00–5120. MORTON *v.* UNITED STATES POSTAL SERVICE. C. A. Fed. Cir. Certiorari denied. 

No. 00–5316. LOGAN *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–5380. WASHINGTON *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. 

No. 00–5608. DAVIDIAN *v.* O'MARA ET AL. C. A. 6th Cir. Certiorari denied. 

No. 00–5615. RAY *v.* HOUSTON COMMUNITY COLLEGE. C. A. 5th Cir. Certiorari denied.

No. 00–5677. WARD *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.